IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN A. ROMANO, SR.**, et al., *ADMINISTRATORS OF THE ESTATE OF STEVEN A. ROMANO, JR.*,<br><br>      Plaintiffs,<br><br>      *v*.<br><br>**UNITED STATES OF AMERICA,**<br><br>      Defendant. | **CIVIL ACTION**<br><br>**NO. 20-1852-KSM** |

## ORDER

**AND NOW**, this 15th day of December, 2020, upon consideration of Plaintiffs' Unopposed Petition for Court Approval and Allocation of Settlement Proceeds (Doc. No. 14), it is **ORDERED** that the Petition is **GRANTED.** Plaintiffs are authorized to enter into a settlement with Defendant for the gross sum of one million dollars. Defendant shall provide the settlement payment to Plaintiffs' counsel for distribution in accordance with this Order.

**IT IS FURTHER ORDERED** that the settlement proceeds shall be allocated between the wrongful death and survival claims as follows:

| | | |
|---|---|---|
| 1. | WRONGFUL DEATH CLAIM | 60% |
| 2. | SURVIVAL CLAIM | 40% |

**IT IS FURTHER ORDERED** that the settlement proceeds shall be distributed as follows:

| | | |
|---|---|---|
| 1. | To McLaughlin and Lauricella (Counsel Fee) | $150,000.00 |
| 2. | To McLaughlin and Lauricella (Reimbursement of costs) | $ 8,318.53 |
| 3. | The Wrongful Death Claim, in the amount of | $505,008.88 |

     $505,008.88 shall be paid to Steven A. Romano Sr. and Deborah Romano (Parents of Decedent and Executors)

4.   The Survival Claim in the amount of $336,672.59, shall be paid to Steven A. Romano Sr. and Debora Romano, as Co-Administrators of the Estate of Steven A. Romano, Jr.   $336,672.59

**IT IS SO ORDERED.**

               /s/*Karen Spencer Marston*

               KAREN SPENCER MARSTON, J.